IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEVEN GINO MILLER, JR.,** | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 21-CV-4484** |
| | : | |
| **WEAVER LANDSCAPING,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 10th day of March, 2022, it is **ORDERED** that:

1. This case is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's accompanying Memorandum.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3. If Miller still intends to prosecute this case, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e). He must also include with that motion a copy of his amended complaint.

BY THE COURT:

/s/ MICHAEL M. BAYLSON

**MICHAEL M. BAYLSON, J.**